No. 1002. D. M. W. CONTRACTING Co., INC. ET AL. *v.* STOLZ. March 17, 1947. Petition for writ of certiorari

to the United States Court of Appeals for the District of Columbia denied. *Emanuel Harris* for petitioners. *Maurice Friedman* for respondent.